## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ABC IP, LLC, and Rare Breed Triggers, Inc., | ) ) ) | CASE NO.  4:26-CV-00369-ALM |
| **Plaintiffs.** | ) ) ) | |
| v. | ) ) | |
| Hanes Tactical LLC, and Damion Terrell Bennett, | ) ) ) | |
| **Defendants.** | ) ) | |

---

### ORDER GRANTING PLAINTIFFS'
### MOTION TO WITHDRAW WHITNEY A. DAVIS AS COUNSEL

---

Upon consideration of Plaintiffs' Motion to Withdraw Whitney A. Davis and the law firm of Eggleston King Davis, LLP as Counsel (Dkt. #40), it is HEREBY ORDERED that the Motion is GRANTED, and Mr. Davis is WITHDRAWN as counsel for Plaintiffs.

**IT IS SO ORDERED.**

**SIGNED this 8th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE