**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-MD-03176-ALM**<br><br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    *Plaintiffs,*<br><br>        v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>    *Defendants.* | Civil No. 4:26-CV-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    *Plaintiffs,*<br><br>        v.<br><br>HANES TACTICAL, LLC and DAMION BENNETT,<br><br>    *Defendants.* | Civil No. 4:26-CV-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    *Plaintiffs,*<br><br>        v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>    *Defendants.* | Civil No. 4:26-CV-00377-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> HARRISON GUNWORKS LLC, and TYLER HARRISON, <br><br> *Defendants.* | Civil No. 4:26-CV-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> STEVEN THANH NGUYEN, d/b/a POLYMER PEW, <br><br> *Defendant.* | Civil No. 4:26-CV-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br> v. <br> Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, <br><br> *Defendant.* | Civil No. 4:26-CV-00367-ALM |

**DEFENDANTS' MOTION FOR JOINDER IN AND ADOPTION OF DEFENDANTS' MOTION TO HOLD PLAINTIFFS' CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION IN ABEYANCE BECAUSE IT SEEKS RELIEF ON PATENTS NOT ASSERTED IN THE OPERATIVE COMPLAINTS**

Defendants 80 Mills LLC, Pearson Gardner, Hanes Tactical, LLC, Damion Bennett, DNT LLC, Zach Morrow, Harrison Gunworks, Tyler Harrison, Steven Nguyen and Z3 Productions, LLC (the "Joining Defendants") respectfully move for joinder in and adoption of Defendants'

2

Motion to Hold Plaintiffs' Consolidated Motion for Preliminary Injunction in Abeyance Because It Seeks Relief on Patents Not Asserted in the Operative Complaints, filed on June 4, 2026[1] (the "Joined Motion").

Plaintiffs filed a consolidated preliminary-injunction motion in the MDL on May 29, 2026. The Joined Motion asks the Court to hold Plaintiffs' Consolidated Motion for Preliminary Injunction (the "PI Motion") in abeyance in its entirety until the Court decides all pending motions for leave to file amended complaints in the underlying actions, and to order that no defendant's deadline to oppose or otherwise respond to the PI Motion begin while the PI Motion is held in abeyance. The Joined Motion identifies the above Defendants among the defendant groups subject to Plaintiffs' consolidated preliminary-injunction-related filings and was filed as part of a coordinated set of substantively identical or nearly identical motions across the underlying actions.

The Joining Defendants agree with, join in, and adopt the arguments, authorities, and requested relief in the Joined Motion. This short joinder avoids duplicative briefing and confirms that the Joined Motion is asserted by and on behalf of the Joining Defendants.

To the extent necessary, the Joining Defendants respectfully request that the Court deem the Joined Motion filed by and on behalf of them and grant them the same relief requested therein,

---

[1] "Defendants' Motion to Hold Plaintiffs' Consolidated Motion for Preliminary Injunction in Abeyance Because It Seeks Relief on Patents Not Asserted in the Operative Complaints" was filed in the following cases on June 4, 2026: ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER, Civil No. 2:26-CV-00056-ALM, Dkt. # 45; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, Civil No. 2:26-CV-00053-ALM, Dkt. # 42; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PROSOURCE FIREARMS, LLC, Civil No. 2:26-CV-00055-ALM, Dkt. # 42; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. SUPERIOR FIREARMS OF TEXAS, LLC, Civil No. 2:26-CV-00058-ALM, Dkt. # 44. ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MARS TRIGGER, LLC, and PETER BRENNEN, Civil No. 2:26-CV-00030-ALM, Dkt. # 39; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. OPTICS PLANET, INC., d/b/a ECENTRIA, Civil Action No. 4:26-cv-00521-ALM, Dkt. # 61.

3

including holding Plaintiffs' PI Motion in abeyance, suspending any deadline to oppose or otherwise respond to the PI Motion while it is in abeyance, and setting any future PI schedule only by agreement of the parties or Court order.

The Joining Defendants reserve all rights, defenses, objections, and arguments, including the right to supplement or file defendant-specific opposition if the Court sets a later schedule for preliminary-injunction proceedings.

## CONCLUSION

For these reasons, the Joining Defendants respectfully request that the Court grant this Motion for Joinder and Adoption and such other relief as the Court deems just and proper.

Dated: June 8, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis
Ohio Bar No. 0069263
Sergey Vernyuk
Ohio Bar No. 0089101
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
        sv@etblaw.com
*Counsel for the Joining Defendants*

4

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in the Joined Motion. Specifically, on June 2, 2026, counsel for the Atrius Customer Defendants (Ed Chin, Christian Hurt, Brandon Merrill, Garrett Griggs, Conor Civins), Defendant Optics Planet, Inc. (Scott Burow, Grace Beach), and Defendants 80Mills LLC, Pearson Gardner, DNT LLC, Zach Morrow, Hanes Tactical LLC, Damion Terrell Bennett, Harrison Gunworks LLC, Tyler Harrison, Steven Thanh Nguyen, Z3 Productions, LLC, AS Designs, LLC, Matt Karlovic and Calvin Olson (John Skeriotis, Sergey Vernyuk) conferred with counsel for Plaintiffs (Ben Christoff, Jory Hoffman) via video conference. During the conference, counsel discussed the relief requested in the Joined Motion. On the afternoon of June 3, 2026, Plaintiffs' counsel confirmed by email that Plaintiffs oppose the Joined Motion. The parties did not reach an agreement, and discussions ended in impasse. This Motion for Joinder and Adoption seeks no additional substantive relief beyond the relief requested in the Joined Motion.

/s/ *John M. Skeriotis*
John M. Skeriotis