## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-MD-03176-ALM**<br><br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER, <br><br> *Defendants.* | Civil No. 4:26-CV-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW, <br><br> *Defendants.* | Civil No. 4:26-CV-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> HARRISON GUNWORKS LLC, and TYLER HARRISON, <br><br> *Defendants.* | Civil No. 4:26-CV-00379-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>   *Plaintiffs,* <br><br>      v. <br><br> STEVEN THANH NGUYEN, d/b/a POLYMER PEW, <br><br>   *Defendant.* | Civil No. 4:26-CV-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br>   *Plaintiffs,* <br> v. <br> Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, <br><br>   *Defendant.* | Civil No. 4:26-CV-00367-ALM |

## [PROPOSED] ORDER GRANTING MOTION FOR JOINDER IN AND ADOPTION OF ABEYANCE MOTION

Before the Court is the Motion for Joinder in and Adoption filed by Defendants 80 Mills LLC, Pearson Gardner, DNT LLC, Zach Morrow, Harrison Gunworks, Tyler Harrison, Steven Nguyen and Z3 Productions, LLC (the "Joining Defendants") concerning Defendants' Motion to Hold Plaintiffs' Consolidated Motion for Preliminary Injunction in Abeyance Because It Seeks Relief on Patents Not Asserted in the Operative Complaints, filed on June 4, 2026[1] (the "Joined Motion"). Having considered

---

[1] "Defendants' Motion to Hold Plaintiffs' Consolidated Motion for Preliminary Injunction in Abeyance Because It Seeks Relief on Patents Not Asserted in the Operative Complaints" was filed in the following cases on June 4, 2026: ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER, Civil No. 2:26-CV-00056-ALM, Dkt. # 45; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, Civil No. 2:26-CV-00053-ALM, Dkt. # 42; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. PROSOURCE FIREARMS, LLC, Civil No. 2:26-CV-00055-ALM, Dkt. # 42; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. SUPERIOR FIREARMS OF TEXAS, LLC, Civil No. 2:26-CV-00058-ALM, Dkt. # 44. ABC IP, LLC, and RARE

2

the Motion, the Joined Motion, the record, and the applicable law, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Motion for Joinder and Adoption is GRANTED.

It is further ORDERED that the Joining Defendants are deemed to have joined in and adopted the Joined Motion. The Court will consider the Joined Motion as filed by and on behalf of them. Any relief granted on the Joined Motion shall apply to them to the same extent as to the other movants, including any abeyance and deadline protection ordered by the Court, subject to the Court's resolution of the Joined Motion.

SO ORDERED.

---

BREED TRIGGERS, INC. v. MARS TRIGGER, LLC, and PETER BRENNEN, Civil No. 2:26-CV-00030-ALM, Dkt. # 39; ABC IP, LLC, and RARE BREED TRIGGERS, INC. v. OPTICS PLANET, INC., d/b/a ECENTRIA, Civil Action No. 4:26-cv-00521-ALM, Dkt. # 61.

3