# EXHIBIT U

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:13:34 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:02 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:56 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:15:30 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:17:39 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:18:03 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:18:47 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:19:10 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



### Rare Breed Firearms's Post

✕

◆ Top fan

**Benny Leonard**
So the FRT's I purchased in 2025. This spring issue has been taken care of.

5h   Like   Reply

**Noli B. Fernandez**
Still no SEF ..!! Ambi still live right now.. Been monitoring all day only Ambi went live..??
😔😫😔

2d   Like   Reply                                                                    2 👍

**Jeremy Clemmons**
Do I need to change buffer springs or the buffer itself. I had to change both when I put a Franklin binary in one of my ar's

1d   Like   Reply

View all 3 replies

**Leon Gray**
Has anyone tried this in an AP53?

22h   Like   Reply

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a clip trip for

Write a comment...

**Captured by FireShot Pro: 20 April 2026, 04:19:34 PM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:20:09 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**  ✕

**Billy East**
how about ak47?

2d  Like  Reply  3

**Philip Bub Stevenson**
**Billy East** AK47 doesn't need one. It's already select fire.

4h  Like  Reply

View 1 reply

◆ Top fan
**Adam DeFord**
**Billy East** they already said it's coming soon

2d  Like  Reply

Most Relevant is selected, so some replies may have been filtered out.

Reply to Billy East...

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h  Like  Reply

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:20:31 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**  ✕

**Logan Wise**
super safety is way cheaper
4h   Like   Reply

**Darious Barnette**
Why yall sue my boy tho
2d   Like   Reply   1

**John Saunders**
Definitely need an Ak one. The current options are pretty lame.
2d   Like   Reply

**Craig McDonald**
Thoughts on one for the Kuna?
2d   Like   Reply   Edited

**Vince Harris**
Its broke!! Or did you change something?
2d   Like   Reply

**Neal Walker**
I lost my Ambi safety selector. RB doesn't have any to order for replacement 😢

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:20:54 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:21:31 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:21:56 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**

 **Rare Breed Firearms's Post**

 **Rare Breed Firearms** is in **Wichita Falls, TX**.
April 21 at 9:58 PM · 🎵 Jump (2015 Remaster) · Van Halen · 🌐        •••

Go ahead and jump!

#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #ForceTheReset



 Write a comment...

   

**Captured by FireShot Pro: 23 April 2026, 09:25:11 AM**
**https://getfireshot.com**

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...



Captured by FireShot Pro: 23 April 2026, 09:25:46 AM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...



Captured by FireShot Pro: 23 April 2026, 09:28:44 AM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:41:34 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:42:52 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:43:35 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:44:46 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:59 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:48:28 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:07:13 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:35:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:35:57 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



**Rare Breed Firearms's Post**

**Larry Eans**
I want two stat! MP5 MK18 But my company is going thru a merger and not sure of the future of employment. Good thing I witnessed how hard Lawrence fought for us and his dream of the FRT. he will be around for decades and my time will come!

Thank you for the lengthy fight Lawrence and the Rare Breed family that stood by the company during hard times.

It's not easy standing alone as Daniel in front of the Giant. But you did!

6d  Like  Reply

**Isaiah Webster**
What lower is this?

3d  Like  Reply

**Lance Geist**
C'mon meow! Where's the micro Scorpion FRT??? Chop chop. Like yesterday.

6d  Like  Reply

**Bryan C. Davis**
When is the AK version coming out? Thought they were in production?

6d  Like  Reply

**Aj Voohries**
They look amazing! Im so looking forward to the other one yall are working on....AR10 FRT. Hot damn!!! 😊😊

6d  Like  Reply

**Rickey Manes**
Will this work on my 9

Freedom Ordnance FX9P4-T FX-9 4 Fluted Muzzle Enhancer Sling
MPN: FX9P4-T | UPC: 856169007394
★★★★★ (2) Reviews | (11) Questions | Write a Review

Write a comment...

Captured by FireShot Pro: 26 May 2026, 03:36:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql

### Rare Breed Firearms's Post

**Cameron Griffin**
Will the RD3 AMBI work with my DSArms ZM4 5.56? My Dead Air Lazarus 6 should be arriving any day now. 😎

5d   Like   Reply

**Tim Shaut**
Is the ambi or the SEF compatible with an AP5

5d   Like   Reply

**Daniel Bob**
Tim Shaut rd3 sef

1d   Like   Reply

**Daniel Bob**
Tim Shaut hell yeah it dose. I dropped mine in and she purrrrrrrrrr's like a kitten.

1d   Like   Reply

Reply to Tim Shaut...

**BigGary Lynn**
I accidentally got the wrong one. Can I just change selectors from the ambi over to the sef? I had a magpul ambi lower and was not aware it was specific to factory lowers.

5d   Like   Reply   1 😆

View 1 reply

Write a comment...

Captured by FireShot Pro: 26 May 2026, 02:56:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:41 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:23 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:55 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:01:32 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:02:54 PM
https://getfireshot.com

**Page 1**
**Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql**



Captured by FireShot Pro: 26 May 2026, 03:03:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:49 PM
https://getfireshot.com