# EXHIBIT X

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:19:29 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Captured by FireShot Pro: 28 May 2026, 10:19:51 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:20:40 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Captured by FireShot Pro: 28 May 2026, 10:21:03 AM**
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:48 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:22:10 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:22:54 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:23:19 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Captured by FireShot Pro: 28 May 2026, 10:23:41 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:04 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



rarebreedfirearms • Follow
Wichita Falls, Texas

p_rock55 Raregreed is the ATFs cucked little play thing
4d   21 likes   Reply

gas_tha_official We need 1 for the 308
4d   Reply

el_spike_chingon Having trouble making the AMBI function on my MP5/40 from DJ Getz. Swapped ejector, function test seems to work, but I'll get a consistent FTE or the bolt wont reset the trigger. Perfect functioning with the AMBI in semi though...
4d   Reply

radknives I have a broken safety from the set screw stripping in my ambi. Need replacement parts and getting no response. Even ordered another Wednesday, no response. Sent you several emails and a DM now. Hope to hear back soon
5d   Reply

hemrawd Creep, grit, absolutely dog 💩... FRT works as advertised... but if you want to just shoot semi auto it's worse than a cheap mil spec trigger. They're trying to sue everyone to keep people from finding out how bad they are compared to other options that work with a quality trigger

Liked by landry98123 and others
7 days ago

Add a comment...                                    Post

Captured by FireShot Pro: 28 May 2026, 10:24:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:54 AM
https://getfireshot.com