**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br>**Plaintiffs,**<br>**v.**<br>**HANES TACTICAL, LLC, a Texas limited liability company, and DAMION TERRELL BENNETT, an individual residing in Texas**<br>**Defendants.** | Civil Action No. 4:26-cv-00369-ALM |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers' Motion for Leave to File Fourth Amended Complaint (the "Motion for Leave" - Dkt. #37). The Court, having considered the Motion for Leave, response, reply, and the applicable law, finds that the Motion for Leave should be, and hereby is, **GRANTED.**

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE